UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY KATE BREEDEN** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:08-cv-00625 JR |
| Novartis Pharmaceuticals Corporation | ) |
| Defendant. | ) |

**PLAINTIFF'S *CONSENT* MOTION TO EXTEND THE TIME FOR SERVICE
UPON DEFENDANT NOVARTIS PARMACEUTICALS CORPORATION**

Pursuant to Federal Rules of Civil Procedure 4(m) and 7(b), Plaintiff Mary Kate Breeden ("Plaintiff"), by and through counsel, hereby moves to extend by seventy (70) days the time for service upon Defendant Novartis Pharmaceuticals Corporation ("Novartis").  As explained more fully in the accompanying memorandum of points and authorities, Plaintiff's motion should be granted to provide sufficient time for the Equal Employment Opportunity Commission to review the issues at hand, issue Plaintiff a right to sue letter, and for the Plaintiff to amend, file, and serve an amended complaint that will put before the Court all claims related to the underlying facts.  Counsel for Defendant has graciously consented to this Motion.

Respectfully submitted
*By Counsel,*

\_\_\_/s/_____
R. Scott Oswald, DC Bar No. 458859
Gregory R. Sharma-Holt
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2826
(202) 261-2835 (facsimile)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Consent* Motion to Extend the Time for Service Upon Defendant Novartis Pharmaceuticals was served via electronic mail on this 1st day of August, 2008 upon:

Aaron Gelb, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

agelb@vedderprice.com

\_\_\_/s/_____
Gregory R. Sharma-Holt

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY KATE BREEDEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-00625 JR |
| | ) |
| Novartis Pharmaceuticals Corporation | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER *CONSENT* MOTION TO EXTEND THE TIME FOR SERVICE UPON DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION**

Plaintiff Mary Kate Breeden ("Plaintiff"), by and through counsel, submits this memorandum of points and authorities in support of her motion for entry of an order to extend the time for service of the Complaint upon Defendant Novartis Pharmaceuticals Corporation ("Novartis") by seventy (70) days. Ms. Breeden has filed a civil complaint with this Court under the Family and Medical Leave Act ("FMLA"). Ms. Breeden also has filed a Charge of Discrimination under Title VII with the Equal Employment Opportunity Commission ("EEOC"). At this time, Ms. Breeden's deadline for serving the civil complaint upon Novartis occurs before administrative exhaustion of the EEOC's investigation of her Charge of Discrimination. Ms. Breeden moves for an order of extension of time for service under Fed. R. Civ. P. 4(m) to give ample time for the administrative process at the EEOC to complete and to allow Ms. Breeden to put forward before the court all claims related to the underlying facts in a single, cohesive complaint.

1

## BACKGROUND

1. Ms. Breeden filed her Civil Complaint under the FMLA on April 10, 2008.

2. Ms. Breeden filed her First Amended Civil Complaint under the FMLA on June 2, 2008.

3. Pursuant to Fed. R. Civ. P. 4(m), service of the summons and complaint should be made on or before August 8, 2008.

4. Ms. Breeden filed an EEOC Charge of Discrimination on March 21, 2008.

5. Administrative Exhaustion of the EEOC Charge of Discrimination occurs on September 17, 2008.

6. Ms. Breeden anticipates receipt of a Right to Sue Letter from the EEOC on or after September 17, 2008.

7. Under Fed. R. Civ. P. 4(m), Ms. Breeden hereby requests to extend the deadline for service of the complaint upon the Defendant for an additional seventy (70) days until October 17, 2008.

## ARGUMENT

At present, Ms. Breeden is bound by two conflicting deadlines which restrict her ability to present to the court a cohesive complaint of all her claims related to the underlying facts. Ms. Breeden filed her civil complaint under the FMLA on April 10, 2008. Pursuant to Fed. R. Civ. P. 4(m), Ms. Breeden must serve the Defendant with a summons within 120 days of filing her civil complaint. Under the 120-day time limit on service of a complaint and summons, Ms. Breeden would be required to serve the Defendant with a complaint and summons by August 8, 2008. However, Ms. Breeden also filed an EEOC Charge of Discrimination on March 21, 2008. Administrative Exhaustion for an EEOC charge is 180 days. At present, Ms. Breeden anticipates receipt of a Right to Sue Letter from the EEOC on or around September 17, 2008. Given these

two different time stipulations, Ms. Breeden would be required to serve the Defendant with a summons one month and nine days *before* receiving a Right to Sue Letter from the EEOC for her Title VII claims.  Ms. Breeden requests that, in the interest of honoring the intention of administrative exhaustion and of judicial efficiency, her deadline for serving Defendant with a summons and accompanying amended complaint be extended by seventy (70) days from August 8, 2008 to October 17, 2008.

October 17, 2008 is exactly one month after the expiration of EEOC's 180-day waiting period on September 17, 2008.  This thirty (30) day buffer will permit Ms. Breeden to coordinate with the EEOC to obtain her Right to Sue Letter under Title VII from the EEOC as soon as possible upon administrative exhaustion.  The thirty (30) day buffer provides the EEOC reasonable time to issue the Right to Sue Letter and Ms. Breeden reasonable time to amend, file, and serve her second amended complaint.  As such, Ms. Breeden will then be able to file with the Court and serve on the Defendant a complete second amended complaint of all claims stemming from the same set of operative facts.

It should be noted that Ms. Breeden may not receive a Right to Sue Letter from the EEOC before the expiration of the 180th day.  In the D.C. Circuit, "Title VII complainants must wait 180 days after filing charges with the EEOC before they may sue in federal court." *Martini v. Fannie Mae,* 178 F.3d 1336, 1347-48 (D.C. Cir. 1999).  The EEOC's 180-day administrative exhaustion period was designed to enable the EEOC to engage in a fruitful and meaningful consideration and investigation of the discrimination charges presented to it.  Ms. Breeden seeks to honor the intention of this administrative exhaustion rule.

Additionally, it is in the best interest of judicial efficiency for Ms. Breeden to be allowed to present all her claims to the court at one time.  Granting Ms. Breeden an additional seventy

(70) days in which to file and serve her complaint will ensure that all of her claims are heard at one time. It is in the interest of justice to all parties that all of Ms. Breeden's claims be heard at once. Additionally, it is in the interest of efficiency, as the Court will incur unnecessary costs, both in expenses and in time, should it hear Ms. Breeden's claims separately.

Pursuant to Fed. R. Civ. P. 4(m), "if the plaintiff shows good cause for the failure [to serve the defendant within 120 days of filing the complaint], the court must extend the time for service for an appropriate period." Ms. Breeden contends that her efforts to honor the intention of administration exhaustion as well as her cognizance of judicial efficiency constitute the good cause required for this Court to extend the time for service upon the Defendant for seventy (70) days.

Counsel for Ms. Breeden requested, and counsel for Defendant graciously provided, consent to this Motion.

## CONCLUSION

For all the reasons stated above, Ms. Breeden requests this Court grant Plaintiff's *Consent* Motion to Extend the Time for Service Upon Defendant Novartis Pharmaceuticals Corporation.

>Respectfully submitted
>*By Counsel,*
>
>___/s/_____
>R. Scott Oswald, DC Bar No. 458859
>Gregory R. Sharma-Holt
>The Employment Law Group, P.C.
>888 17th Street, NW, Suite 900
>Washington, D.C. 20006
>(202) 261-2826
>(202) 261-2835 (facsimile)
>*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY KATE BREEDEN**<br><br>    **Plaintiff,**<br><br>v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00625<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

NOW THEREFORE upon consideration of Plaintiff's *Consent* Motion for Extension of Time to Serve Upon Defendant pursuant to Federal Rule of Civil Procedure 4(m), her Memorandum in support of the same, and the entire record herein, it is by the Court this

_____ day of _____2008,

ORDERED that Plaintiff's *Consent* Motion is GRANTED, and further

ORDERED that the deadline for service of the Complaint upon Defendant is extended for a period of seventy (70) days until October 17, 2008.

_____
United States District Court Judge

Copies to:

R. Scott Oswald, Esq.
Gregory R. Sharma-Holt, Esq.
EMPLOYMENT LAW GROUP, PC
888 17th Street, N.W., Suite 900
Washington, DC  20006

Aaron R. Gelb, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601