UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KATE BREEDEN,            )<br>                                           )<br>          Plaintiff,                    )<br>                                           )<br>v.                                         )<br>                                           )<br>NOVARTIS PHARMACEUTICALS  )<br>CORPORATION,                     )<br>                                           )<br>          Defendant.                  )<br>                                           ) | Case No. 1:08-cv-00625 (JR) |

### CONSENT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Mary Kate Breeden ("Plaintiff" or "Breeden"), pursuant to Local Rule 5.1(j), and in consideration of this Court's Protective Order (Dkt. No. 19), respectfully moves for the filing under seal of Exhibits 10 and 13 to Plaintiff's Memorandum in Opposition to Summary Judgment (Dkt. No. 30) filed on December 4, 2009, and the following confidential documents cited by Defendant Novartis Pharmaceuticals Corporation ("Defendant" or "Novartis") in its Motion for Summary Judgment and supporting papers (Dkt. No. 29):

Exhibit A to the Declaration of Michael Barr (Appendix Tab B)

Exhibit No. 9 to the Deposition of Alejandro Villageliu (Appendix Tab D-8)

Exhibit No. 1 to the Deposition of Brian O'Callaghan (Appendix Tab H-1)

Such documents have been filed with the Court in paper form in accordance with LCvR 5.1(j) and the Protective Order, and served on opposing counsel.  Breeden, by counsel, has conferred with counsel for Novartis, who has graciously consented to this motion.

        Respectfully submitted,

        __/s/ Adam Augustine Carter____
        R. Scott Oswald
        Adam Augustine Carter
        The Employment Law Group, P.C.
        888 17th St. NW, Suite 900
        Washington, D.C. 20006
        (202)261-2806
        (202)261-2835 (facsimile)
        acarter@employmentlawgroup.com
        soswald@employmentlawgroup.net
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have served via the Court's ECF Filing System a true and correct copy of the foregoing Plaintiff Mary Kate Breeden's CONSENT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL and Proposed Order, on this the 29th day of December, 2009 to the following:

    Aaron Gelb, Esq.
    Joseph Mulherin, Esq.
    Vedder Price P.C.
    222 North LaSalle Street
    Chicago, IL 60601
    agelb@vedderprice.com
    jmulherin@vedderprice.com

                                              /s/   Adam Augustine Carter
                                       Adam Augustine Carter