**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 0 5 2010

~~⬛⬛⬛⬛⬛⬛⬛~~ CLERK
U.S. DISTRICT COURT

MARY KATE BREEDEN,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 08-625 (JR)
                                      :
NOVARTIS PHARMACEUTICALS              :
CORPORATION,                          :
                                      :
        Defendant.                    :

**VERDICT FORM**

1.  On Kate Breeden's claim against Novartis of retaliation in
    violation of the Family and Medical leave Act, we find in
    favor of:

    *yes* Plaintiff, Kate Breeden        _____ Defendant, Novartis

3.  If you find for Plaintiff Kate Breeden in #1 above, what is
    the amount of damages to be awarded?

                Backpay:  $ _289,669_

            _____
            Signature of Foreperson