**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY KATE BREEDEN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-0625 (JR) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | : |
| Defendant. | : |

**ORDER**

After the return of the jury's verdict on 3/5/10, the Clerk is directed to enter partial judgment in favor of the plaintiff in the amount of $289,669 doubled ($579,338). The parties are directed to meet and confer and to file by 3/12/10 a jointly proposed schedule for post-trial proceedings. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge