AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MARY KATE BREEDEN ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-cv-625-JR |
| NOVARTIS PHARMACEUTICALS CORPORATION ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   That the plaintiff recover nothing, the action be dismissed on the merits, and that judgment is hereby entered in favor of defendant NOVARTIS PHARMACEUTICALS CORPORATION.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James Robertson  on a motion for judgment as a matter of law notwithstanding the verdict

Date:   05/26/2010                    ANGELA D. CAESAR, CLERK OF COURT

                                      Catina J. Porter
                                      *Signature of Clerk or Deputy Clerk*